UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHARLES M. FOX; SHANAUD
HATCHER; STEPHANIE ROBINSON;
SHAVON BURNEY; and DEBBIE
WILLS,

    Plaintiffs,

v.                                                      Case No. 6:17-cv-1130-Orl-37LRH

SERVICES, SUPPORTS AND
SOLUTIONS, INC.,

    Defendant.
_____

## ORDER

Plaintiffs initiated this action against their employer for failure to pay overtime wages in violation of the Fair Labor Standards Act ("**FLSA**"). (*See* Docs. 1, 42.) The parties then moved for approval of their FLSA settlement agreement under *Lynn's Food Stores, Inc. v. United States ex rel. United States Department of Labor*, 679 F.2d 1350, 1355 (11th Cir. 1982). (Doc. 78 ("**Motion**"); Doc. 78-2 ("**Agreement**").) On referral, U.S. Magistrate Judge Leslie R. Hoffman recommends granting the Motion, finding that the Agreement is fair and reasonable. (Doc. 79 ("**R&R**").)

The parties did not object to the R&R, and the time for doing so has now passed. As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the

Court concludes that the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Leslie R. Hoffman's Report and Recommendation (Doc. 79) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. The parties' Renewed Joint Motion Requesting Order Approving Settlement Agreement and to Dismiss Lawsuit with Prejudice (Doc. 78) is **GRANTED**.

3. The Settlement Agreement (Doc. 78-2) is **APPROVED**.

4. This action is **DISMISSED WITH PREJUDICE**.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 9, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record